No. 453, Misc. PHILLIPS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark* and *Walter S. Turner,* Assistant Attorneys General, for respondent.

No. 514, Misc. GREER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 597, Misc. MALRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 611, Misc. HOLMES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. *Robert Matthews,* Attorney General of Kentucky, and *David Murrell,* Assistant Attorney General, for respondent.

No. 620, Misc. EPPS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 625, Misc. LUSK *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 666, Misc. PERRY *v.* UNITED STATES;

No. 669, Misc. McGUIRE *v.* UNITED STATES; and

No. 670, Misc. BLUMNER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Anthony F. Marra* for petitioner in No. 666, Misc., *Jerome J. Londin* for petitioner in No. 669, Misc., and *Eugene P. Souther* for petitioner in No. 670, Misc. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States in all three cases. Reported below: 381 F. 2d 306.